THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Kevin
 Williams, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Cordell Maddox, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2009-UP-372
Submitted June 1, 2009  Filed June 29,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: James
 Kevin Williams appeals his guilty plea to criminal domestic violence of a high
 and aggravated nature and criminal domestic violence, second offense.  Williams asserts the trial court erred by accepting his plea
 because it did not comply with the mandates set forth in Boykin v. Alabama,
 395 U.S. 238 (1969).  Williams filed a pro se brief arguing the trial court
 erred by not advising him of the range of punishment.  After a thorough review of the record and both
 briefs pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.